IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS DAVIS,<br>    Petitioner,<br><br>vs.<br><br>THE WARDEN OF THE ALLEGHENY<br>COUNTY JAIL, et al.,<br>    Respondents. | Civil Action No. 10-538 |

ORDER

AND NOW, this 15th day of June, 2010, after the petitioner, Thomas Davis, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until June 14, 2010 to file written objections thereto, and upon consideration of the objections filed by the petitioner, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 5), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner Thomas Davis (Docket No. 3) is transferred to the United States Court of Appeal for the Third Circuit pursuant to 28 U.S.C. § 1631 as a successive petition forthwith.

Maurice B. Cohill, Jr.
United States District Judge

cc: Thomas Davis
BZ-9982
SCI Mercer
801 Butler Pike
Mercer, PA 16137